IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     Crim. No. 1:16-CR-242-2
:
**v.**     :
:
**TAJIE RESHANE HODGE**     :     **Judge Sylvia H. Rambo**

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motions to suppress (Docs. 28 & 31) are **DENIED** in their entirety.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge

Dated: June 21, 2017